ORIGINAL

FILED

JAN 17 2014

U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| ROTECH HEALTHCARE INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 14-45C |
| UNITED STATES, | ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION TO FILE UNDER SEAL

Plaintiff Rotech Healthcare Inc. ("Rotech") hereby respectfully moves this Court for permission to file the Complaint in the above-captioned matter under seal. The Complaint and this Motion are filed simultaneously pursuant to Section III of Appendix C of the Rules of the United States Court of Federal Claims.

The Complaint contains confidential and proprietary price, evaluation, and business information that is competitively sensitive and should be protected from public scrutiny. Release of this information to the public would harm Plaintiff's business and financial interests.

Pursuant to Appendix C of the Rules of this Court, Plaintiff submits with this Motion a redacted version of the Complaint.

Dated this 17th day of January 2014.

                                       Respectfully Submitted,

                                       /s/ Kyle R. Jefcoat

                                       Kyle R. Jefcoat (Counsel of Record)
                                       LATHAM & WATKINS LLP
                                       555 Eleventh Street., N.W., Suite 1000
                                       Washington, D.C.  20004-1304
                                       Direct Dial:  (202) 637-2152
                                       Facsimile:  (202) 637-2201
                                       Kyle.Jefcoat@lw.com

                                       Counsel for Plaintiff Rotech Healthcare Inc.

Of Counsel:

David R. Hazelton
Nicole B. Neuman
Dean W. Baxtresser
Yannick B. Morgan
LATHAM & WATKINS LLP
555 Eleventh Street., N.W., Suite 1000
Washington, D.C.  20004-1304
Direct Dial:  (202) 637-3339
Facsimile:  (202) 637-2201
david.hazelton@lw.com
Nicole.Neuman@lw.com
dean.baxtresser@lw.com
yannick.morgan@lw.com

## CERTIFICATE OF SERVICE

On this 17th day of January, 2014, a paper copy of the foregoing Rotech Healthcare Inc. Motion to File Under Seal was filed. I understand that notice of this filing will be available to the parties through the Court's electronic filing system. As a courtesy, I caused service by email and United States mail (first class, postage pre-paid) to:

Veronica N. Onyema
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, NW, 8th Floor
Washington, DC 20530
Email: nationalcourts.bidprotest@usdoj.gov
Email: Veronica.N.Onyema@usdoj.gov

David G. Fagan, Esq.
Procurement Attorney
Office of Regional Counsel
Department of Veterans Affairs
100 S.W. Main Street, Floor 2
Portland, OR 97204
Email: David.Fagan@va.gov

1

Respectfully Submitted,

*[signature]*

Kyle R. Jefcoat (Counsel of Record)
LATHAM & WATKINS LLP
555 Eleventh Street., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2152
Facsimile: (202) 637-2201
Kyle.Jefcoat@lw.com

Counsel for Plaintiff Rotech Healthcare Inc.

Of Counsel:

David R. Hazelton
Nicole B. Neuman
Dean W. Baxtresser
Yannick B. Morgan
LATHAM & WATKINS LLP
555 Eleventh Street., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-3339
Facsimile: (202) 637-2201
david.hazelton@lw.com
Nicole.Neuman@lw.com
dean.baxtresser@lw.com
yannick.morgan@lw.com