# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *
**ROTECH HEALTHCARE INC.**

       **Plaintiff,**

**v.**

**UNITED STATES,**

       **Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 14-45C**
**Filed: January 27, 2014**

### O R D E R

The court is in receipt of plaintiff's January 27, 2014 notice of voluntary dismissal, without prejudice. Pursuant to the plaintiff's voluntary dismissal and Rule 41(a) of the Rules of the United States Court of Federal Claims, the claims in the above captioned case are, hereby, **DISMISSED**, without prejudice. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

    **IT IS SO ORDERED**.

                                            s/Marian Blank Horn
                                            **MARIAN BLANK HORN**
                                                 **Judge**